UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 OCT 26  P 2: 14

UNITED STATES OF AMERICA

VERSUS

GREGORY LAMONT CATO

CRIMINAL ACTION

NO. 04-153-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 15, 2009.  Defendant has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (rec.doc. 189) file by petitioner, Gregory Lamont Cato, is denied.

Baton Rouge, Louisiana, October   26   , 2009.


RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA